1  Gregory G. Rheams, Esq. [CA Bar 208347]

2  LAW OFFICES OF GREGORY G. RHEAMS

3  info@rheamslaw.com

4  1625 The Alameda, Suite 800

5  San Jose, CA 95126

6  Telephone:    (408) 279-0306

7  Facsimile:    (408) 491-9760

8

**FILED**

2007 AUG 23 P 1:35

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

*And*

*E-FILING*

#99
Fee Pd.
SI

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN JOSE DIVISION**

11

12  Plaintiff                     Case No. **C07 04358 HRL**

13  **YAN, Ying**                 ) COMPLAINT FOR DECLARATORY AND
                                  ) INJUNCTIVE RELIEF AND FOR A
14            v.                  ) WRIT IN THE NATURE OF MANDAMUS
                                  ) TO COMPEL DEFENDANTS'
15  **ALBERTO GONZALES,** Attorney ) DETERMINATION OF FORM N-400
                                  ) NATURALIZATION APPLICATION
16  General of the United States; )
                                  ) USCIS Case # A047 179 493
17  **ROBERT S. MUELLER,** Director of )
                                  )
18  FBI;                          )
                                  )
19  **MICHAEL CHERTOFF,** Secretary of )
                                  )
20  the Department of Homeland    )
                                  )
21  Security;                     )
                                  )
22  **EMILIO T. GONZALEZ,** Director of )
                                  )
23  the United States Citizenship )
                                  )
24  and Immigration Service;      )
                                  )
25  **FRANCIS D. SICILIANO,** Officer )

1 | in Charge of the San Jose ) )
2 | Citizenship and Immigration )
3 | Service sub-office in his )
4 | official capacity, )

5 |        Defendants.

# COMPLAINT FOR WRIT OF MANDAMUS

## IMMIGRATION CASE

## ADMINISTRATIVE PROCEDURE ACT CASE

## I.

## INTRODUCTION

This action is brought by the Plaintiff Ying Yan to compel the Defendants to adjudicate her application for naturalization. The Plaintiff is a victim of the deficiencies of the currently administered naturalization process. Ms. Ying Yan passed the tests of English and U.S. history and government on September 23, 2005, and that she would be notified for her oath ceremony pending the FBI's name check results. Since then, Ms. Yan has waited for her FBI name check results in order to attend her oath of allegiance ceremony.

The U.S. Citizenship and Immigration Service (CIS) yet to formally notify the Plaintiff that her application has been granted or denied. However, the CIS has indicated that the application is pending a background check conducted by the FBI. Defendants have not been able to provide any estimate as to when

1  they will adjudicate her application and most likely would

2  allege that they cannot adjudicate it until the security checks

3  have been completed. It is Plaintiff's position that the

4  Defendants had reasonable amount of time in which to conduct

5  security checks in her case.

6      By being denied the benefits of citizenship, Ms. Yan has

7  been deprived of the protection of the laws of the United States

8  equal to that granted to its citizens while inside the country,

9  the protection of the United States government while outside the

10 country; political rights, including the right to vote; freedom

11 of movement and travel, petition for relatives to come to the

12 United States, and other numerous rights and privileges the

13 United States citizens enjoy.

14     Therefore, Plaintiff requests that this Court issue

15 injunctive relief and a writ in the nature of mandamus

16 compelling the Defendants to make a determination to grant or

17 deny naturalization under 8 U.S.C. §1446 and to conduct a

18 ceremony to administer the oath of allegiance under 8 U.S.C.

19 §1448. Plaintiff also seeks corresponding declaratory relief.

20

21                          **II.**

22                      **JURISDICTION**

23     This is a civil action brought pursuant to 28 U.S.C. §§

24 1331 and 1361 to redress the deprivation of rights, privileges,

25 and immunities secured to Plaintiff, by which jurisdiction is

1  conferred, to compel Defendants and those working under them to
2  perform duties they owe to the Plaintiff.

3

4      Jurisdiction is also conferred by 5 U.S.C. §704. Plaintiff
5  Ying Yan is aggrieved by adverse agency action in this case, as
6  Administrative Procedures Act requires in order to confer
7  jurisdiction on the District Courts.  5 U.S.C. §702.

8

9      This Court also has jurisdiction to grant declaratory
10 relief pursuant to 28 U.S.C. §§2201 and 2202.

11

12     Costs and attorney fees will be sought pursuant to the
13 Equal Access to Justice Act, 5 U.S.C. §504, and 28 U.S.C. 2412
14 (d).

15

16                          **III.**

17                **INTRADISTRICT ASSIGNMENT**

18     According to the Civil Local Rule 3-2 (c) this Court is
19 the proper court. This case arose in Santa Clara county.

20

21

22                          **IV.**

23                         **VENUE**

24     Venue in the Northern District of California is proper
25 pursuant to 28 U.S.C. §1391(e) in that a substantial
   part of the activities complained of occurred in the Northern

1  District of California and the Plaintiff resides in this

2  judicial district.

3

4  ### V.

5  ### PARTIES

6       Plaintiff Ying Yan, A070-809-273, a citizen of the People's

7  Republic of China, was lawfully admitted for permanent residence

8  and currently resides in Sunnyvale, California.

9

10      Defendant ALBERTO GONZALES is the Attorney General of the

11  United States. He has "sole authority to naturalize persons as

12  citizens of the United States." 8 U.S.C. §1421.

13

14      Defendant ROBERT MUELLER is the Director of the FBI the

15  agency in charge of completing the background checks.

16

17      Defendant MICHAEL CHERTOFF is the Secretary of the

18  Department of Homeland Security, an agency of the United States

19  government involved in the acts challenged in this action.

20

21      Defendant EMILIO T. GONZALEZ, Director of the United States

22  Citizenship and Immigration Services, an agency involved in the

23  acts challenged in this action, and is a subordinate agency

24  within the Defendant the Department of Homeland Security.

25

1    Defendant FRANCIS D. SICILIANO, Officer in Charge of the

2   San Jose CIS sub-office in his official capacity. This office is

3   an agency responsible for conducting interviews of

4   naturalization applicants, making the determination to grant or

5   deny the application, and conducting ceremonies to administer

6   the oath of allegiance for persons applying for naturalization.

7

8                              VI.

9        **THE STATUTORY AND REGULATORY SCHEME OF THE**

10                **NATURALIZATION PROCESS**

11       Congress has created a comprehensive statutory scheme which

12   guarantees that eligible applicants will be naturalized in a

13   prompt and dignified manner. Defendants through their

14   regulations, have reinforced this scheme as well.  The

15   requirements and means of application for citizenship are listed

16   in 8 U.S.C. §§1443-1445. Also, 8 C.F.R §335.3 states that "[t]he

17   applicant shall be notified that the application has been

18   granted or denied, and if the application has been granted,

19   the procedures to be followed for the administration of the oath

20   of allegiance. . .". 8 U.S.C. §1447(b) clarifies that if that

21   determination is not made "before the end of the 120-day period

22   after the date on which the examination is conducted" the

23   applicant may apply to a United States District Court for

24   relief. 8 C.F.R. §335.3, stating that "a decision to grant or

25   deny the application shall be made at the time of the initial

examination of the applicant" is in accord with it. 8 U.S.C §

1448(d) provides that once the application is granted the oath

administration ceremonies will be "conducted frequently and at

regular intervals." 8CFR §337.2 supports this requirement by

stating that "ceremonies shall be conducted at regular intervals

as frequently as necessary to ensure timely naturalization, but

in all events at least monthly where it is required to minimize

unreasonable delays."


## VII.

### THE CHALLENGED PRACTICE

Despite the apparent intent of Congress to provide the

applicants for naturalization with substantial rights and

procedural safeguards, Defendants fail to approve Plaintiff's N-

400 application and schedule the oath taking ceremony in a

timely fashion.


## VIII.

### FACTUAL ALLEGATIONS

Plaintiff Ying Yan, is a lawful permanent resident

of the United States and native and citizen of the People's

Republic of China. She applied for naturalization and her

naturalization examination interview was conducted by the USCIS.

On September 23, 2005, Ms. Yan passed her English and U.S.

history and government tests, but more than 120 days have passed

since Ms. Yan was examined for naturalization. Ms. Yan has not

been notified whether her application was granted or denied, and

if granted, of the procedures for the administration of the oath

of allegiance. She has not been sworn as a citizen. Ms. Yan

wishes to exercise the rights granted to the citizens of the

United States, including the right to vote, to obtain a United

States passport, the right to travel, etc.

Plaintiff is a law obedient person and there is no reason to

disqualify her request for naturalization.

Plaintiff did not waive the 120-day clock in the

adjudication of her application.

By not being informed regarding the status of her

application for naturalization, Plaintiff is deprived of the

right to have the final decision of the CIS reviewed by the

court.

Plaintiff has no administrative remedies and there is no

adequate remedy at law for her loss.

## IX.

## FIRST CLAIM FOR RELIEF

### (Violation of the Immigration and Nationality Act)

1    Defendants have violated and continue to violate 8 U.S.C.
2   §§1447(b), 1448(d); 8 C.F.R. §§335.3 and 337.2:
3   a.   By failing to make a determination on the naturalization
4        application of the named plaintiff at the time of the
5        initial examination for naturalization or within 120 days
6        after the initial examination was conducted, as required
7        by 8 U.S.C. §1447 and 8 C.F.R §335.3;
8   b.   By failing to notify Plaintiff that her application has
9        been granted or denied and, if granted, of the procedures
10       to be followed for the administration of the oath of
11       allegiance as required by 8 C.F.R. §335.3;
12  c.   By failing to conduct a ceremony to administer the oath of
13       allegiance at regular intervals as frequently as necessary
14       to ensure timely naturalization, but at least once a month
15       to minimize unreasonable delays as provided by 8 U.S.C.
16       §1448(d) and 8 C.F.R §337.2(a).
17
18  As a result of Defendants' violation of the above mentioned
19  requirements, failure to timely process Plaintiff's application
20  and to conduct a ceremony to administer the oath of allegiance,
21  Plaintiff has been unlawfully deprived of either:
22       a. The opportunity to timely obtain the unique benefits
23          of citizenship, or
24       b. If naturalization would have been denied,
25

i.   The right to a timely reexamination to overcome
     deficiencies or submit required evidence under 8
     C.F.R. §335.3 within 120 days of the initial
     examination or

ii.  If denied on reexamination, the right to a timely
     review hearing before an immigration officer under 8
     U.S.C §1447(a) and 8 C.F.R. §336.2; the right to
     file timely a petition for review in the District
     Court under 8 U.S.C. §1421(c) and 8 C.F.R. §§
     336.9(b)-(c); or the right to timely file a new
     application for naturalization.

## X.

## SECOND CLAIM FOR RELIEF

### (Violation of the Administrative Procedure Act)

Defendants are in violation of the Administrative Procedure
Act, 5 U.S.C §§701-706

a. In that they have unlawfully withheld and unreasonably
   delayed agency action to which Plaintiff is entitled, and

b. In that they have taken action that is arbitrary and
   capricious, an abuse of discretion, and not in accordance
   with law:

i.   By failing to make a determination on the naturalization
     application of the Plaintiff at the time of the initial
     examination for naturalization or within 120 days after

1  the initial examination was conducted, as required by 8

2  U.S.C §1447 and 8 C.F.R. §335.3;

3  ii. By failing to notify Plaintiff that her application has

4  been grated or denied, and if granted, of the procedures

5  to be followed for the administration of the oath of

6  allegiance as required by 8 C.F.R. §335.3;

7  iii. By failing to conduct a ceremony to administer the oath

8  of allegiance at regular intervals as frequently as

9  necessary to ensure timely naturalization, but at least

10  once a month to minimize unreasonable delays as provided

11  by 8 U.S.C. §1448(d) and 8 C.F.R §337.2(a).

13  As a result of Defendants' violation of the abovementioned

14  requirements, their failure to timely process Plaintiff's

15  application, and to conduct a ceremony to administer the oath of

16  allegiance, Plaintiff has been unlawfully deprived of either:

17  a. The opportunity to timely obtain the unique benefits

18  of citizenship, or

19  b. If naturalization would have been denied,

20  i.  The right to a timely reexamination to overcome

21  deficiencies or submit required evidence under 8

22  C.F.R. §335.3 within 120 days of the initial

23  examination or

24  ii.  If denied on reexamination, the right to a timely

25  review hearing before an immigration officer under 8

1    U.S.C §1447(a) and 8 C.F.R. §336.2; the right to

2    file timely a petition for review in the District

3    Court under 8 U.S.C. §1421(c) and 8 C.F.R. §§

4    336.9(b)-(c); or the right to timely file a new

5    application for naturalization.

6

7                                    **XI.**

8                           **REQUEST FOR RELIEF**

9    WHEREFORE, Plaintiff requests that this Court:

10   1. Accept jurisdiction and maintain continuing jurisdiction

11   of this action.

12

13   2. Declare as unlawful the violation by Defendants of 8

14   U.S.C. §§1447(b), 1448(d) and 8 C.F.R. §§335.3, 337.2(a) in

15   failing to make a determination on the naturalization

16   application of the named plaintiff at the time of the initial

17   examination for naturalization or within 120 days after the

18   initial examination was conducted; failing to notify Plaintiff

19   that her application has been granted or denied and, if granted,

20   of the procedures to be followed for the administration of the

21   oath of allegiance; and failing to conduct a ceremony to

22   administer the oath of allegiance at regular intervals as

23   frequently as necessary to ensure timely naturalization, but at

24   least once a month where it is required to minimize unreasonable

25   delays.

1

2     3. Declare as agency action unlawfully withheld and

3 unreasonably delayed, pursuant to 5 U.S.C. §706(1), the

4 violation by Defendants of 5 U.S.C. §706(1), 8 U.S.C. §§

5 1447(b), 1448(d,) and 8 C.F.R. §§335.3 and 337.2(a) in failing

6 to make a determination on the naturalization application of the

7 named Plaintiff at the time of the initial examination for

8 naturalization or within 120 days after the initial examination

9 was conducted; failing to notify Plaintiff that her application

10 has been granted or denied and, if granted, of the procedures to

11 be followed for the administration of the oath of allegiance;

12 and failing to conduct a ceremony to administer the oath of

13 allegiance at regular intervals as frequently as necessary to

14 ensure timely naturalization, but at least once a month where it

15 is required to minimize unreasonable delays.

16

17     4. Declare as agency action that is arbitrary and

18 capricious, an abuse of discretion, and not in accordance with

19 law, pursuant to 5 U.S.C. §706(1), the violation by Defendants

20 of 5 U.S.C. §706(1), 8 U.S.C. §1447(b) and 1448(d) and 8 C.F.R.

21 §§ 335.3 and 337.2(a) in failing to make a determination on the

22 naturalization application of the named plaintiff at the time of

23 the initial examination for naturalization or within 120 days

24 after the initial examination was conducted; failing to notify

25 Plaintiff that her application has been granted or denied and,

1   if granted, of the procedures to be followed for the

2   administration of the oath of allegiance; and failing to conduct

3   a ceremony to administer the oath of allegiance at regular

4   intervals as frequently as necessary to ensure timely

5   naturalization, but at least once a month where it is required

6   to minimize unreasonable delays.

7

8       5. Issue a preliminary and permanent injunction pursuant to

9   28 U.S.C. §1361 and 5 U.S.C. §706(1) compelling Defendants to

10  make a determination, under 8 U.S.C. §1447(b) and 8 C.F.R. §

11  335.3, of the naturalization application of the named plaintiff

12  and to notify Plaintiff that her application has been granted or

13  denied and, if granted, of the procedures to be followed for the

14  administration of the oath of allegiance.

15

16      6. Issue a writ in the nature of mandamus, pursuant to 28

17  U.S.C. §1361 and 5 U.S.C. §706(1), compelling Defendants to make

18  a determination of the naturalization application of the named

19  plaintiff, to notify Plaintiff that her application has been

20  granted or denied and, if granted, of the procedures to be

21  followed for the administration of the oath of allegiance, and

22  to conduct a ceremony to administer the oath of allegiance

23  within 120 days of the issuance of such writ.

24

25

7. De novo review[1] and grant of the Naturalization Application in Court by this Court pursuant to INA § 336(b), 8 USC § 1447(b); INA § 335, 8 USC §1446, where the statute specifically provides for judicial review for stalled naturalization applications when the agency fails to make a decision on the application within 120 days after the examination.

8. Grant such other relief as this Court may deem just and proper.

9. Grant attorneys' fees and costs of this suit under the Equal Access to Justice Act, 28 U.S.C. §2412.

Dated: __15th__ Day of __August__, 2007.

_____
Gregory G. Rheams, Esq.
**LAW OFFICE OF GREGORY G. RHEAMS**
Attorney for Plaintiff

---

[1] *See United States v. Hovsepian*, 359 F.3d 1144 (9th Cir. 2004) (*en banc*) (comparing judicial review under § 1447(b) to judicial review of a final denial of a naturalization application under 8 U.S.C. § 1421(c)).

1
2

**VERIFICATION**

3    I, Ying Yan, hereby verify that, to the best of my
4  knowledge and belief, the matters stated in the Complaint for
5  Declaratory and Injunctive Relief and for a Writ in the Nature
6  of Mandamus to Compel Defendants' Determination of Form N-400
7  Naturalization Applications are true and correct.

8

9    I declare under penalty of perjury that the foregoing is
10  true and correct.

11

12  Executed at San Jose, California
13  On this 15th Day of August , 2007.

14
15
16                                    _____
17                                    Ying Yan
                                      **PLAINTIFF**
18
19
20
21
22
23
24
25

**<u>LIST OF ATTACHMENTS</u>**

| <u>EXHIBIT</u> | <u>DESCRIPTION OF THE ATTACHED DOCUMENTS</u> |
|---|---|
| 1 | Copy of Plaintiff's Permanent Residence Card expiring on January 24, 2010 |
| 2 | Copy of Plaintiff's N-400 Application for Naturalization |
| 3 | Copy of Form I-797C - Notice of Action for Plaintiff's Application for Naturalization interview dated May 27, 2005 |
| 4 | Copy of Form N-652 - Plaintiff's successful Naturalization Interview Results (with decision pending background check) |
| 5 | Copy of a USCIS (San Jose) letter dated January 9, 2007 confirming the delayed status of Plaintiff's case pending background check |
| 6 | Copy of Letter from Senator Barbara Boxer's office dated March 7, 2007 confirming receipt of Plaintiff's formal request for case assistance |
| 7 | Copy of e-mail messages dated March 7 and 8, 2007 between Senator Boxer's office and USCIS confirming that the FBI name check is still pending on Plaintiff's case |
| 8 | Copy of Letter from Senator Boxer's office dated March 23, 2007 informing Plaintiff that Senator Boxer's office is unable to be of more assistance in this matter |

# Exhibit 1

Copy of Plaintiff's
Permanent Residence Card
expiring on
January 4, 2010

## PERMANENT RESIDENT CARD

NAME LEI, YING



INS A# 047-179-493
Birthdate    Category    Sex
09/19/74    F24    F
Country of Birth
China, People's Republic of
CARD EXPIRES 01/24/10
Resident Since 11/22/99



C1USA0471794935SRC0007754088<<
7409196F1001244CHN<<<<<<<<<<<9
LEI<<YING<<<<<<<<<<<<<<<<<<<<<

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

## PERMANENT RESIDENT CARD

The person identified by this card is authorized to work and reside in the U.S.

2797089

# Exhibit 2

Copy of Plaintiff's N-400
Application for
Naturalization

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using **CAPITAL** letters. Failure to print clearly may delay your application. Use black or blue ink.

### Part 1.  Your Name *(The Person Applying for Naturalization)*

Write your INS "A"- number here:
A  0  4  7  1  7  9  4  9  3

**A. Your current legal name.**

Family Name *(Last Name)*

YAN

Given Name *(First Name)*

YING

Full Middle Name *(If applicable)*

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name *(Last Name)*

LEI

Given Name *(First Name)*

YING

Full Middle Name *(If applicable)*

**C. If you have ever used other names, provide them below.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**D. Name change** *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name?  ☑ Yes  ☐ No

2. If "Yes," print the new name you would like to use. Do not use initials or abbreviations when writing your new name.

Family Name *(Last Name)*

YAN

Given Name *(First Name)*

YING

Full Middle Name

### Part 2. Information About Your Eligibility  *(Check Only One)*

I am at least 18 years old AND

A. ☑ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years, AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

**FOR INS USE ONLY**

| Bar Code | Date Stamp |
|---|---|

Remarks

Action

Form N-400 (Rev. 07/23/02)N

**Part 3. Information About You**

Write your INS "A"- number here:

A 0 4 7 1 7 9 4 9 3

A. Social Security Number

6 2 6 - 1 5 - 4 5 0 2

B. Date of Birth *(Month/Day/Year)*

0 9 / 1 9 / 1 9 7 4

C. Date You Became a Permanent Resident *(Month/Day/Year)*

1 1 / 2 2 / 1 9 9 9

D. Country of Birth

P.R.CHINA

E. Country of Nationality

P.R.CHINA

F.  Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☑ Yes   ☐ No

G. What is your current marital status?   ☑ Single, Never Married   ☐ Married   ☐ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☑ No

I.  Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☑ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who uses the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

_____

**Part 4. Addresses and Telephone Numbers**

A. Home Address - Street Number and Name *(Do NOT write a P.O. Box in this space)*

611 BOUNTY DR.

Apartment Number

108R

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| FOSTER CITY | SAN MATEO | CA | 94404 | USA |

B. Care of

Mailing Address - Street Number and Name *(If different from home address)*

Apartment Number

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

C. Daytime Phone Number *(If any)*

(650 ) 867-4501

Evening Phone Number *(If any)*

( )

E-mail Address *(If any)*

CATHY019@HOTMAIL.COM

Form N-400 (Rev. 07/23/02)N  Page 2

**Part 5. Information for Criminal Records Search**

Write your INS "A"- number here:
A 0 4 7 1 7 9 4 9 3

Note: The categories below are those required by the FBI. See Instructions for more information.

A. Gender

☐ Male   ☑ Female

B. Height

5 Feet 3.0 Inches

C. Weight

135.0 Pounds

D. Are you Hispanic or Latino?   ☐ Yes   ☑ No

E. Race (Select one or more.)

☐ White   ☑ Asian   ☐ Black or African American   ☐ American Indian or Alaskan Native   ☐ Native Hawaiian or Other Pacific Islander

F. Hair color

☑ Black   ☐ Brown   ☐ Blonde   ☐ Gray   ☐ White   ☐ Red   ☐ Sandy   ☐ Bald (No Hair)

G. Eye color

☑ Brown   ☐ Blue   ☐ Green   ☐ Hazel   ☐ Gray   ☐ Black   ☐ Pink   ☐ Maroon   ☐ Other

**Part 6. Information About Your Residence and Employment**

A. Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates (Month/Year) | |
| --- | --- | --- |
| | From | To |
| Current Home Address - Same as Part 4.A | 0 1 / 2 0 0 5 | Present |
| 837 CATAMARAN ST. #1 / FOSTER CITY, CA 94404 | 0 9 / 2 0 0 4 | 0 1 / 2 0 0 5 |
| 7160 ALAMEDA AVE. / GOLETA, CA 93117 | 0 4 / 2 0 0 4 | 0 9 / 2 0 0 4 |
| 714 GAYLEY WALK, #102 / GOLETA, CA 93117 | 1 1 / 2 0 0 2 | 0 4 / 2 0 0 4 |
| 726 BIRCH WALK, #K / GOLETA, CA 93117 | 0 4 / 2 0 0 2 | 1 1 / 2 0 0 2 |

B. Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address (Street, City and State) | Dates (Month/Year) | | Your Occupation |
| --- | --- | --- | --- | --- |
| | | From | To | |
| SIEBEL SYSTEMS INC. | 2207 BRIDGEPOINTE PARKWAY, SAN MATEO, CA 94404 | 0 9 / 2 0 0 4 | 0 5 / 2 0 0 5 | SOFTWARE ENGINEER |
| J2 GLOBAL COMM-UNICATIONS CORP. | 5385 HOLLISTER AVE. SANTA BARBARA, CA 93111 | 1 1 / 2 0 0 3 | 0 8 / 2 0 0 4 | SOFTWARE ENGINEER |
| TREEHOUSE INTERACTIVE INC. | 671 VIA ALONDRA, STE 811 CAMARILLO, CA 93012 | 0 9 / 2 0 0 3 | 1 1 / 2 0 0 3 | SOFTWARE ENGINEER |
| UNIV. OF CAL., SANTA BARBARA | SANTA BARBARA, CA 93106 | 0 9 / 2 0 0 0 | 0 9 / 2 0 0 3 | GRADUATE STUDENT |
| INTERNATIONAL DAILY NEWS INC. | 870 MONTEREY PASS RD. MONTEREY PARK, CA 91754 | 1 2 / 1 9 9 9 | 0 8 / 2 0 0 0 | NEWS REPORTER |

| Part 7. Time Outside the United States (Including Trips to Canada, Mexico, and the Caribbean Islands) | Write your INS "A"- number here: A 0 4 7 1 7 9 4 9 3 |
|---|---|

A. How many total days did you spend outside of the United States during the past 5 years? **74** days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years? **3** trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 0 3 /1 9 /2 0 0 5 | 0 4 /1 0 /2 0 0 5 | ☐ Yes ☑ No | P.R.CHINA | 23 |
| 0 8 /1 9 /2 0 0 2 | 0 9 /1 1 /2 0 0 2 | ☐ Yes ☑ No | P.R.CHINA | 24 |
| 0 8 /2 1 /2 0 0 1 | 0 9 /1 6 /2 0 0 0 | ☐ Yes ☑ No | P.R.CHINA | 27 |
| __ __ / __ __ / __ __ __ __ | __ __ / __ __ / __ __ __ __ | ☐ Yes ☐ No | | |
| __ __ / __ __ / __ __ __ __ | __ __ / __ __ / __ __ __ __ | ☐ Yes ☐ No | | |
| __ __ / __ __ / __ __ __ __ | __ __ / __ __ / __ __ __ __ | ☐ Yes ☐ No | | |
| __ __ / __ __ / __ __ __ __ | __ __ / __ __ / __ __ __ __ | ☐ Yes ☐ No | | |
| __ __ / __ __ / __ __ __ __ | __ __ / __ __ / __ __ __ __ | ☐ Yes ☐ No | | |
| __ __ / __ __ / __ __ __ __ | __ __ / __ __ / __ __ __ __ | ☐ Yes ☐ No | | |
| __ __ / __ __ / __ __ __ __ | __ __ / __ __ / __ __ __ __ | ☐ Yes ☐ No | | |

| Part 8. Information About Your Marital History |
|---|

A. How many times have you been married (including annulled marriages)? **0** If you have NEVER been married, go to Part 9.

B. If you are now married, give the following information about your spouse:

1. Spouse's Family Name (Last Name) ___ Given Name (First Name) ___ Full Middle Name (If applicable) ___

2. Date of Birth (Month/Day/Year) __ __ / __ __ / __ __ __ __    3. Date of Marriage (Month/Day/Year) __ __ / __ __ / __ __ __ __    4. Spouse's Social Security Number ___ ___ ___ - ___ ___ - ___ ___ ___ ___

5. Home Address - Street Number and Name ___ Apartment Number ___

City ___ State ___ ZIP Code ___

| **Part 8.** Information About Your Marital History *(Continued)* | Write your INS "A"- number here:<br>A 0 4 7 1 7 9 4 9 3 |
|---|---|

C. Is your spouse a U.S. citizen?  ☐ Yes  ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen

`__ /__ /__`

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information :

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*

A `__ __ __ __ __ __ __ __`

3. Spouse's Immigration Status

☐ Lawful Permanent Resident   ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

1. Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

`__ /__ /__ __ __`

4. Date Marriage Ended *(Month/Day/Year)*

`__ /__ /__ __ __`

5. How Marriage Ended

☐ Divorce  ☐ Spouse Died  ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)? ☐

If your spouse has EVER been married before, give the following information about **your spouse's** prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

1. Prior Spouse's Family Name *(Last Name)*   Given Name *(First Name)*   Full Middle Name *(If applicable)*

2. Prior Spouse's Immigration Status

☐ U.S. Citizen
☐ Lawful Permanent Resident
☐ Other _____

3. Date of Marriage *(Month/Day/Year)*

`__ /__ /__ __ __`

4. Date Marriage Ended *(Month/Day/Year)*

`__ /__ /__ __ __`

5. How Marriage Ended

☐ Divorce  ☐ Spouse Died  ☐ Other _____

| Part 9. Information About Your Children | Write your INS "A"- number here: |
|---|---|
| | A 0 4 7 1 7 9 4 9 3 |

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.

| 0 |
|---|

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full Name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| | __ /__ /__ | A_____ | | |
| | __ /__ /__ | A_____ | | |
| | __ /__ /__ | A_____ | | |
| | __ /__ /__ | A_____ | | |
| | __ /__ /__ | A_____ | | |
| | __ /__ /__ | A_____ | | |
| | __ /__ /__ | A_____ | | |
| | __ /__ /__ | A_____ | | |

| Part 10. Additional Questions |
|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

**A. General Questions**

1. Have you **EVER** claimed to be a U.S. citizen *(in writing or any other way)*?  ☐ Yes  ☑ No

2. Have you **EVER** registered to vote in any Federal, state, or local election in the United States?  ☐ Yes  ☑ No

3. Have you **EVER** voted in any Federal, state, or local election in the United States?  ☐ Yes  ☑ No

4. Since becoming a Lawful Permanent Resident, have you **EVER** failed to file a required Federal, state, or local tax return?  ☐ Yes  ☑ No

5. Do you owe any Federal, state, or local taxes that are overdue?  ☐ Yes  ☑ No

6. Do you have any title of nobility in any foreign country?  ☐ Yes  ☑ No

7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years?  ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A  0  4  7  1  7  9  4  9  3 |

### B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?  ☑ Yes  ☐ No

b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. CALIFORNIA STATE AUTOMOBILE ASSOCIATION | 6. |
| 2. | 7. |
| 3. | 8. |
| 4. | 9. |
| 5. | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?  ☐ Yes  ☑ No

   b. Any other totalitarian party?  ☐ Yes  ☑ No

   c. A terrorist organization?  ☐ Yes  ☑ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?  ☐ Yes  ☑ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?  ☐ Yes  ☑ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?  ☐ Yes  ☑ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?  ☐ Yes  ☑ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?  ☐ Yes  ☑ No

### C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?  ☐ Yes  ☑ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?  ☐ Yes  ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A 0 4 7 1 7 9 4 9 3 |

### D. Good Moral Character

For the purposes of this application, you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested? ☐ Yes ☑ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer (including INS and military officers) for any reason? ☐ Yes ☑ No

17. Have you **EVER** been charged with committing any crime or offense? ☐ Yes ☑ No

18. Have you **EVER** been convicted of a crime or offense? ☐ Yes ☑ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)? ☐ Yes ☑ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled? ☐ Yes ☑ No

21. Have you **EVER** been in jail or prison? ☐ Yes ☑ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER:**

    a. been a habitual drunkard? ☐ Yes ☑ No

    b. been a prostitute, or procured anyone for prostitution? ☐ Yes ☑ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics? ☐ Yes ☑ No

    d. been married to more than one person at the same time? ☐ Yes ☑ No

    e. helped anyone enter or try to enter the United States illegally? ☐ Yes ☑ No

    f. gambled illegally or received income from illegal gambling? ☐ Yes ☑ No

    g. failed to support your dependents or to pay alimony? ☐ Yes ☑ No

23. Have you **EVER** given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion, or removal? ☐ Yes ☑ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the United States? ☐ Yes ☑ No

| Part 10. Additional Questions *(Continued)* | Write your INS "A"- number here: |
|---|---|

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you?  ☐ Yes  ☑ No

26. Have you **EVER** been removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States?  ☐ Yes  ☑ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation?  ☐ Yes  ☑ No

### F. Military Service

29. Have you **EVER** served in the U.S. Armed Forces?  ☐ Yes  ☑ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☑ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces?  ☐ Yes  ☑ No

32. Have you **EVER** deserted from the U.S. Armed Forces?  ☐ Yes  ☑ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays in any status except as a lawful nonimmigrant?  ☐ Yes  ☑ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [            ]    Selective Service Number __ __ / __ __ __ __ __ __ __ / __

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States?  ☑ Yes  ☐ No

35. Do you understand the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States?  ☑ Yes  ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States?  ☑ Yes  ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces?  ☑ Yes  ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☑ Yes  ☐ No

| Part 11. Your Signature | Write your INS "A"- number here: |
|---|---|
| | A 0 4 7 1 7 9 4 9 3 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature                                                                                          Date (Month/Day/Year)

*Yy Yan*                                                                                                    05/21/2005

**Part 12.  Signature of Person Who Prepared This Application for You** *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name                                             Preparer's Signature

Date (Month/Day/Year)          Preparer's Firm or Organization Name (If applicable)          Preparer's Daytime Phone Number

___/___/_____                                                                                              (    )

Preparer's Address - Street Number and Name          City                    State          ZIP Code

---

## Do Not Complete Parts 13 and 14 Until an INS Officer Instructs You To Do So

**Part 13.  Signature at Interview**

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____ , are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me _____   _____

                                                                   Officer's Printed Name or Stamp          Date (Month/Day/Year)

Complete Signature of Applicant                                       Officer's Signature

**Part 14.  Oath of Allegiance**

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen.  By signing , you acknowledge your willingness and ability to take this oath:
I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which which I have heretofore been a subject or citizen;
that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant                                             Complete Signature of Applicant

YING YAN
A - 047179493
N-400 FORM

Appendix for

Part 6 - A: resident information

- 6750 El COLEGIO RD. #445 / GOLETA, CA 93117          09/2001 – 04/2002

- 707 BOLTON WALK, # 203 / GOLETA, CA 93117          06/2001 – 08/2001

- 6750 El COLEGIO RD. #126 / GOLETA, CA 93117          04/2001 – 06/2001

- 6689 El COLEGIO RD. #152 / GOLETA, CA 93117          08/2000 – 04/2001

- 830 W. MABEL AVE. / MONTEREY PARK, CA 91754          11/1999 – 08/2000

# Exhibit 3

## Copy of Form I-797C – Notice of Action for Plaintiff's Application for Naturalization Interview

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Receipt with Suspense | NOTICE DATE<br>May 27, 2005 |
| CASE TYPE<br>N400    Application For Naturalization | INS A#<br>A 047 179 493 |

| APPLICATION NUMBER<br>WSC*001321175 | RECEIVED DATE<br>May 17, 2005 | PRIORITY DATE<br>May 17, 2005 | PAGE<br>1 of 1 |
|---|---|---|---|

| APPLICANT NAME AND MAILING ADDRESS | PAYMENT INFORMATION: |
|---|---|
| YING YAN<br>611 BOUNTY DR 108R<br>FOSTER CITY CA 94404 | Single Application Fee:           $390.00<br>Total Amount Received:           $320.00<br>Total Balance Due:                    $70.00 |

The above application has been received by our office.  Our records indicate your personal information is as follows:
Date of Birth:           September 19, 1974
Address Where You Live:   611 BOUNTY DR 108R
                          FOSTER CITY CA 94404

Your application has been suspended from processing for the following reason(s).  Please note the reason(s) listed and their explanation, and follow the instructions to Applicant section listed below.  Failure to comply with the instructions of this notice may result in the denial of your application.

Underpayment of Required Fee - insufficient payment was received to cover the fee for this application.  Full and complete payment must be submitted before any further processing of your application occurs.

## Instructions to Applicant

You must return this notice and all required information indicated above to the INS office address listed below.  For payment discrepancies, you or the primary payer (if this application was combined with other cases under a single payment) will need to enclose a check or money order payable to the INS for the Total Balance Due amount indicated above.  Please do not send cash.

**IMPORTANT NOTICE:**  All naturalization applicants who were between the ages of 14-75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC) so they can be submitted to the Federal Bureau of Investigation for a criminal history check.  If we received your application without a fingerprint card (FD-258), or your fingerprint card was received on or after December 3, 1997, you will need to go to an ASC to be fingerprinted.  Do not have your fingerprints taken anywhere else.  You will receive a notice that will provide you with information about when and where to go to have your fingerprints taken, and what you will need to bring with you.  Please inform the office listed below immediately of any address changes.

**IMPORTANT NOTICE:**  As of March 29, 1998 applicants who are required to submit fingerprints with any INS application or petition must be fingerprinted at an INS Application Support Center or INS approved Designated Law Enforcement Agency.  Applicants must pay an additional fee of $50.00 to the INS, after which they will be scheduled for fingerprinting.  Failure to submit this fee within 87 days will result in the denial of the application or petition.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number.
You will be notified separately about any other cases you may have filed.
If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.
If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

| | |
|---|---|
| **INS Office Address:**<br>US IMMIGRATION AND NATURALIZATION SERVICE<br>CALIFORNIA SERVICE CENTER<br>P.O BOX 10400<br>LAGUNA NIGUEL CA 92607- | **INS Customer Service Number:**<br>(800) 375-5283<br><br>APPLICANT COPY |

WSC$001416812



● *Please save this notice for your records. Please enclose a copy if you have to write us or a U. S. Consulate about this case, or if you file another application based on this decision.*

● *You will be notified separately about any other applications or petitions you have filed.*

---

## Additional Information

### GENERAL.

The filing of an application or petition does not in itself allow a person to enter the United States and does not confer any other right or benefit.

### INQUIRIES.

You should contact the office listed on the reverse side of this notice if you have questions about the notice, or questions about the status of your application or petition. *We recommend you call.* However, if you write us, please enclose a copy of this notice with your letter.

### APPROVAL OF NONIMMIGRATION PETITION.

Approval of a nonimmigrant petition means that the person for whom it was filed has been found eligible for the requested classification. If this notice indicated we are notifying a U.S. Consulate about the approval for the purpose of visa issuance, and you or the person you filed for have questions about visa issuance, please contact the appropriate U.S. Consulate directly.

### APPROVAL OF AN IMMIGRANT PETITION.

Approval of an immigrant petition does not convey any right or status. The approved petition simply establishes a basis upon which the person you filed for can apply for an immigrant or fiance(e) visa or for adjustment of status.

A person is not guaranteed issuance of a visa or a grant of adjustment simply because this petition is approved. Those processes look at additional criteria.

If this notice indicates we have approved the immigrant petition you filed, and have forwarded it to the Department of State Immigrant Visa Processing Center, that office will contact the person you filed the petition for directly with information about visa issuance.

In addition to the information on the reverse of this notice, the instructions for the petition you filed provide additional information about processing after approval of the petition.

For more information about whether a person who is already in the U.S. can apply for adjustment of status, please see Form I-485, *Application to Register Permanent Residence or Adjust Status*.

# Exhibit 4

Copy of Plaintiff's successful Naturalization Interview Results (with decision pending on background check)

Department of Homeland Security
U.S. Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: _A0 471794 93_

On _SEP 2 3 2005_ , you were interviewed by USCIS officer _Amber K. Shresta_

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/_____ read/_____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

**A)** _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B)** _X_ **A decision cannot yet be made about your application.** _pending backgroud checks._

**It is very important that you:**

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

# Exhibit 5

Copy of a USCIS letter dated January 9, 2007 confirming the delayed status of Plaintiff's case pending background check

**U.S. Department of Homeland Security**
USCIS
1887 Monterey Road
San Jose, CA 95112



**U.S. Citizenship
and Immigration
Services**

Tuesday, January 9, 2007

YING YAN
955 ESCALON AVE APT805
SUNNYVALE CA 94085

Dear ying yan:

On 01/08/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | wsc*001321175 |
| **Beneficiary (if you filed for someone else):** | yan, ying |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# Exhibit 6

Copy of Letter from Senator Barbara Boxer's office dated March 7, 2007 confirming receipt of Plaintiff's formal request for case assistance

BARBARA BOXER
CALIFORNIA

Case 5:07-cv-04358-HRL     Document 1     Filed 08/23/2007     Page 40 of 44

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

March 7, 2007

Ms. Ying Yan
955 Escalon Ave, Apartment 805
Sunnyvale, California 94085

Dear Ms. Yan:

Thank you for your recent correspondence to Senator Boxer, regarding your application for naturalization.

Senator Boxer has submitted a formal inquiry to San Jose Citizenship and Immigration Services (CIS), asking that CIS provide your application with every consideration consistent with their rules and regulations.  Please note that CIS's current response time to Senatorial inquiries is approximately 4-5 weeks.

Once again, thank you for allowing Senator Boxer the opportunity to address your concerns.

Sincerely,

Jason J. Chan
Assistant to the
Director of Constituent Services

BB:jjc

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA  94111
(415) 403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER

# Exhibit 7

Copy of e-mail messages dated March 7 and 8, 2007 between Senator Boxer's office and USCIS

**Chan, Jason (Boxer)**

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, March 08, 2007 8:05 AM |
| **To:** | Chan, Jason (Boxer) |
| **Subject:** | RE: Ying Yan, A#047-179-493, N-400 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Hi Jason,

The FBI name check is pending on this case.

**This response completes the Congressional Liaison's action on your inquiry**

Congressional Liaison
SNJ - BCIS

3/8/07

---

**From:** Chan, Jason (Boxer)
**Sent:** Wednesday, March 07, 2007 3:05 PM
**To:** SANJOSE, ASKCIS
**Subject:** Ying Yan, A#047-179-493, N-400

**Ying Yan, A#047-179-493**
955 Escalon Ave., Apt. 805
Sunnyvale, CA 94085

I am writing on behalf of a constituent by the name of **Ying Yan, A#047-179-493,** regarding concerns about her application for naturalization. Ms. Yan informs Senator Boxer that she passed her naturalization interview on September 22, 2005. She wishes to learn the status of her case.

Any information that you can provide in response to Ms. Yan's concerns will be greatly appreciated. Thank you in advance for your assistance with this matter.

Jason J. Chan
Assistant to the Director of Constituent Services
U.S. Senator Barbara Boxer
1700 Montgomery St., Suite 240
San Francisco, CA 94111
(415) 403-0100
(415) 403-0106 fax

# Exhibit 8

Copy of Letter from
Senator Boxer's office dated
March 23, 2007 informing
Plaintiff that Senator
Boxer's office is unable to
be of more assistance

BARBARA BOXER
CALIFORNIA

COMMITTEES:
COMMERCE, SCIENCE,
AND TRANSPORTATION
ENVIRONMENT
AND PUBLIC WORKS
FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510–0505
(202) 224–3553
http://boxer.senate.gov/contact

March 23, 2007

Ms. Ying Yan
955 Escalon Ave, Apartment 805
Sunnyvale, California 94085

Dear Ms. Yan:

Thank you for your recent correspondence to Senator Boxer's office regarding the security check pertaining to your immigration application with the U.S. Citizenship and Immigration Services.

After contacting the Federal Bureau of Investigation, your security check is still pending. Since the terrorist attacks of September 11, 2001, the Bureau of Citizenship and Immigration Services has been engaged with other U.S. government agencies in an extensive and ongoing review of visa-issuing practices, immigration policies including the clearance procedures as they relate to the security of U.S. borders. As a result, there has been a delay in immigration and naturalization applications.

The time needed for adjudication will continue to be difficult to predict, as necessary new procedures are refined. Due to the sensitive nature of these clearances, U.S. security will not be compromised and there are no expedites or information being released to third parties, including congressional offices. I have included a fact sheet regarding Immigration Security Checks for your reference. If you wish to find more information regarding these clearances, you may visit the Department of State website at www.travel.state.gov, or the Bureau of Citizenship and Immigration Services website at www.uscis.gov.

Thank you for writing to Senator Boxer. I regret that we are unable to be of more assistance regarding this matter.

Sincerely,

Jason J. Chan
Assistant to the
Director of Constituent Services

1700 MONTGOMERY STREET
SUITE 240
SAN FRANCISCO, CA 94111
(415) 403–0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894–5000

501 'I' STREET
SUITE 7–600
SACRAMENTO, CA 95814
(916) 448–2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497–5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239–3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888–8525

PRINTED ON RECYCLED PAPER