PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am the principal of the law offices of Gregory G. Rheams in San Jose, California, and my business address is 1625 The Alameda, Suite 800 in San Jose, California 95131.

On August 23, 2007 I served **SUMMONS AND COMPLAINT** on persons or entities named below by enclosing a copy in an envelope addressed as show below and mailed **certified mail return receipt requested** through U.S. Postal Service at the Colonnade Station in San Jose, CA 95172-9998.

Date of mailing: August 23, 2007. Place of mailing: San Jose, California.

Person(s) and/or Entity (ies) to whom served:

>Alberto Gonzales, U.S. Attorney General
>U.S. Department of Justice
>950 Pennsylvania Av. NW, Room B-103 Washington, DC 20530
>
>Robert Mueller, Director of FBI
>J Edgar Hoover Building
>935 Pennsylvania Ave. NW Washington, DC 20535
>
>Michael Chertoff, Secretary of U. S. Department
>of Homeland Security
>Secretary of the DHS
>Department of Homeland Security Washington, DC 20530
>
>Emilio T. Gonzalez, Director of USCIS
>DHS/Citizenship and Immigration Services
>20 Massachusetts Ave. NW Washington, DC 20529
>
>Francis D. Siciliano, Officer in Charge
>USCIS San Jose Sub-District Office

1887 Monterey Road, San Jose, CA 95112

Scott N. Schools, U.S. Attorney
Northern District of California
U.S. Attorney's Office San Jose Branch
1150 Almaden Blvd, Suite 900 San Jose CA 95113

I declare under penalty of perjury laws of the United States of America that the foregoing is true and accurate.

I declare that I am employed in the office of a member of bar of this court at whose direction the service was made.

Executed on: August 23, 2007 in San Jose, California.

_____
Gregory G. Rheams