1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  YING YAN,                              )
                                            ) No. C 07-4358 HRL
13                  Plaintiff,              )
                                            )
14          v.                              )
                                            ) **PARTIES' CONSENT TO MAGISTRATE**
15  ALBERTO GONZALES, Attorney General of   ) **JUDGE JURISDICTION**
    the United States;                      )
16  ROBERT S. MUELLER, Director of FBI;     )
    MICHAEL CHERTOFF, Secretary of the      )
17  Department of Homeland Security;        )
    EMILIO T. GONZALEZ, Director of the United )
18  States Citizenship and Immigration Service; )
    FRANCIS D. SICILIANO, Officer in Charge )
19  of the San Jose Citizenship and Immigration )
    Service sub-office in his official capacity, )
20                                          )
                    Defendants.             )
21  _____)

22      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

23  Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24  conduct any and all further proceedings in the case, including trial, and order the entry of a final

25  judgment.

26  ///

27  ///

28

Consent to Magistrate Jurisdiction
C07-4358 HRL                                1

| | | |
|---|---|---|
| 1 | Dated: October 23, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS |
| 3 | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: October 23, 2007                    /s/
GREGORY G. RHEAMS
Attorney for Plaintiff

Consent to Magistrate Jurisdiction
C07-4358 HRL                                2