SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YING YAN, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTO GONZALES, Attorney General of the United States; <br> ROBERT S. MUELLER, Director of FBI; <br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; <br> EMILIO T. GONZALEZ, Director of the United States Citizenship and Immigration Service; <br> FRANCIS D. SICILIANO, Officer in Charge of the San Jose Citizenship and Immigration Service sub-office in his official capacity, <br><br> Defendants. | No. C 07-4358 HRL <br><br> **CONSENT TO MAGISTRATE JUDGE JURISDICTION AND STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and

Consent and Stipulation to Dismiss
C07-4358 HRL                             1

Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: October 23, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


                                           /s/
                                           ILA C. DEISS
                                           Assistant United States Attorney
                                           Attorney for Defendants


Dated: October 23, 2007                    /s/
                                           GREGORY G. RHEAMS
                                           Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:
                                           HOWARD R. LLOYD
                                           United States Magistrate Judge

Consent and Stipulation to Dismiss
C07-4358 HRL                               2