1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney                *E-FILED 11/2/2007*

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12 YING YAN,                              ) No. C 07-4358 HRL
                                          )
13              Plaintiff,                )
                                          )
14      v.                                ) **CONSENT TO MAGISTRATE JUDGE**
                                          ) **JURISDICTION AND STIPULATION TO**
15 ALBERTO GONZALES, Attorney General of  ) **DISMISS; AND [PROPOSED] ORDER**
   the United States;                     )
16 ROBERT S. MUELLER, Director of FBI;    )
   MICHAEL CHERTOFF, Secretary of the     )
17 Department of Homeland Security;       )
   EMILIO T. GONZALEZ, Director of the United )
18 States Citizenship and Immigration Service; )
   FRANCIS D. SICILIANO, Officer in Charge )
19 of the San Jose Citizenship and Immigration )
   Service sub-office in his official capacity, )
20                                        )
                Defendants.                )
21                                         )

22     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

23 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26     Further, Plaintiff, by and through her attorney of record, and Defendants, by and through their

27 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

28 above-entitled action without prejudice in light of the fact that the United States Citizenship and

Consent and Stipulation to Dismiss
C07-4358 HRL                              1

Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Dated: October 23, 2007                              Respectfully submitted,

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney


                                                     _____/s/_____
                                                     ILA C. DEISS
                                                     Assistant United States Attorney
                                                     Attorney for Defendants


Dated: October 23, 2007                              _____/s/_____
                                                     GREGORY G. RHEAMS
                                                     Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   November 2, 2007                             _____
                                                     HOWARD R. LLOYD
                                                     United States Magistrate Judge